JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE LAYFIELD & BARRETT, APC, | ) Case No. CV 17-6397 FMO |
|---|---|
| Debtor, | ) |
| | ) **JUDGMENT** |
| EVANSTON INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| LAYFIELD & BARRETT, APC, et al., | ) |
| Defendants. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 22nd day of November, 2017.

                                                          /s/
                                      Fernando M. Olguin
                                   United States District Judge